Office of the Clerk of Court
United States District Court
444 S.E. Quincy, Room 490
Topeka, Kansas 66683

2-10-19

RE: Docket Number 5:04CR40104-001-RDR

I am inquiring as to whether you require specific forms for 2255 and Rule 35 motions. Also as to if this is necessary.

My conviction of "26 USC 5861(D) - Possession of a Firearm silencer not registered in National Firearms Registration & Transfer Record" would no longer be defined as a "Crime of Violence" since the ruling in 'DIMAYA'.

I am attempting to remove that definition from my record. My public defender Melody Evans office refuses to answer any of my numerous attempts at correspondence. My other attorney Kirk Redmond answered only once (1) to say I was correct that it is no longer defined as a 'Crime of Violence' and to contact him again once 'DIMAYA' wording was finalized. However, every subsequent attempted contact by me has been ignored.

I am requesting that my record no longer reflect the definition of 'Crime of Violence'.

Thank you for your time & consideration in this matter.

Christopher Grimes #14801-031
F.C.I Florence Medium
P.O. Box 6000
Florence, CO 81226

Respectfully submitted,
Christopher Lee Grimes

Name: Christopher Grimes
Reg. No.: 14801-031
Federal Correctional Institution
P.O. Box 6000
Florence, CO. 81226

**RECEIVED**

FEB 15 2019

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

⇔14801-031⇔
Clerk Of Court
444 SE Quincy ST
Room-490
Topeka, KS 66683
United States

66683-358799