# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

UNITED STATES OF AMERICA,

      Plaintiff,

      v.            CASE NO.:   04-40104-HLT

CHRISTOPHER LEE GRIMES,

      Defendant.

### RESPONSE BY GOVERNMENT COUNSEL TO COURT'S SHOW CAUSE ORDER (DOC. 85)

COMES NOW Anthony W. Mattivi, Assistant United States Attorney for the District of Kansas, and hereby responds to the Show Cause Order issued by the Court in this matter.

On April 16, 2019, the defendant filed a Motion to Vacate under 28 U.S.C. § 2255. (Doc. 82). The following day, the Court issued an Order directing the government to respond to the defendant's motion no later than May 17, 2019. (Doc 84). The government did not timely respond. On June 4, 2019, the Court issued an Order extending the government's response deadline to June 18, 2019, and directing the

1

government to show cause in writing why it had not complied with the Court's original deadline of May 17.

The undersigned is counsel of record for the government in this case, and he has no good reason for not complying with the Court's order.   After receiving and reviewing the Court's Show Cause Order, counsel looked back through his emails and his calendar.  Counsel received the ECF notification of the Court's deadline and simply neglected to calendar the matter.   Counsel apologizes to the Court for this oversight, thanks the Court for extending the deadline, and pledges to the Court that it will never see this issue repeated by counsel.   The government will expedite its response to the defendant's motion and intends to file the response well in advance of the Court's newly-imposed deadline.

        Respectfully submitted,

        STEPHEN R. McALLISTER
        United States Attorney
        District of Kansas

By:    /s/ *AW Mattivi*

        Anthony W. Mattivi, Ks. Bar. No. 17082
        Assistant United States Attorney
        290 Carlson Federal Bldg.
        444 SE Quincy St.
        Topeka, KS 66683
        Ph: 785.295.7688 (Office)
        Fax: 785.295.2853
        Anthony.Mattivi@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of June, 2019, I electronically filed the foregoing Response with the Clerk of the Court by using the CM/ECF system, and that a copy of this filing was mailed first class, postage prepaid to the following:

Christopher Lee Grimes
Reg. No. 14801-031
FCI Florence
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 6000
FLORENCE, CO   81226


      /s/ *AW Mattivi*
      Anthony W. Mattivi